IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,              ) <br> ) <br> ) <br> Plaintiff,              ) <br> ) <br> v.              ) <br> ) <br> UNITED STATES STEEL CORPORATION, ) <br> et al.,              ) <br> ) <br> Defendants.              ) | Judge Nora Barry Fischer <br><br> Civil Action No. 2:10-cv-1284 <br><br> *Electronically Filed* |

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, U.S. Equal Employment Opportunity Commission ("EEOC"), in the above-captioned case, appeals to the United States Court of Appeals for the Third Circuit the final judgment entered on February 20, 2013.

Respectfully submitted,

| | |
|---|---|
| DEBRA M. LAWRENCE <br> Regional Attorney <br> Baltimore, Maryland <br><br> RONALD L. PHILLIPS <br> Supervisory Trial Attorney <br> Baltimore, Maryland | /s/ Deborah A. Kane <br> DEBORAH A. KANE <br> Senior Trial Attorney <br> EEOC, Pittsburgh Area Office <br> 1000 Liberty Avenue, Suite 1112 <br> Pittsburgh, PA 15222 <br> 412-395-5866 <br> deborah.kane@eeoc.gov <br><br> MELANIE PETERSON <br> Senior Trial Attorney <br> EEOC, Philadelphia District Office <br> 801 Market Street, Suite 1300 <br> Philadelphia, PA 19107-3127 <br> 215-440-2689 <br> melanie.peterson@eeoc.gov <br> *Admitted Pro Hac Vice* |